■ BETTY L. DUNLAP, Respondent, v. CHARLES DUNLAP, Appellant. Appeal No. 3.— Order unanimously modified in accordance with the Memorandum herein, and as so modified affirmed, with costs to respondent. Memorandum: Defendant appeals from an order of Monroe Special Term which directed him to pay counsel fees to plaintiff's attorney and to give security for costs. The order for payment of counsel fees to plaintiff's attorney was properly made (*Zerille* v. *Zerille*, 46 Misc 2d 806), but the order should be modified by deleting therefrom the provisions requiring defendant to give security for costs. In our opinion the provisions of CPLR 8501 requiring nonresident plaintiffs to give such security do not apply to a nonresident defendant who has interposed a counterclaim. (*Turmelle* v. *Jefferson*, 166 Misc. 70.) The order should be modified by deleting the first, third, and fourth ordering paragraphs thereof. (Appeal from order of Monroe Special Term, directing payment of counsel fees *pendente lite* and giving of security and granting stay, in divorce action.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

■ FRANK DE FRANCISCO, Respondent, v. CHARLES R. RINALDO, Appellant. — Appeal unanimously dismissed, without costs. Memorandum: No appeal lies to this court from an order of the County Court to which an appeal has been taken from an order of a lower court (*Ellis* v. *Greco*, 34 A D 2d 879; CPLR 5703, subd. [b]). If we were to pass on the merits of the appeal we would affirm the order. (Appeal from order of Onondaga County Court affirming order of Syracuse City Court denying motion for summary judgment in action on note.) Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST HOLLEY, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent. — Appeal unanimously dismissed as academic, relator having been released on parole. (*People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648.) If we were to pass on the merits, we would affirm the judgment. (*Matter of Briguglio* v. *New York State Bd. of Parole*, 24 N Y 2d 21.) (Appeal from judgment of Wyoming County Court, dismissing writ of habeas corpus.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

■ In the Matter of SIBARCO STATIONS, INC., Respondent, v. ROBERT S. RISMAN et al., Constituting the Board of Safety of the City of Buffalo, Appellants.— Judgment unanimously modified by deleting the second decretal paragraph, and as so modified affirmed, without costs. Memorandum: Upon denial of the motion to dismiss, the petitioner's affirmative relief should not have been granted before permitting respondents appellants to answer (CPLR 7804, subd. [f]). (Appeal from judgment of Erie Special Term, in article 78 proceeding.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

■ In the Matter of JOSEPH A. McCABE, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, without costs. Memorandum: The determination of the hearing officer was based upon substantial evidence. Under the circumstances presented here, there is no basis for a finding that the constitutional rights of petitioner were violated. (*People* v. *Gursey*, 22 N Y 2d 224; *Matter of Finocchairo* v. *Kelly*, 11 N Y 2d 58.) (Review of determination revoking petitioner's driver's license, transferred by order of Onondaga Special Term.) Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.